# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Ike Tomlinson | **CASE INFORMATION:** |
| JUVENILE: No | RELATED COMPLAINT: No |
| PUBLIC or SEALED: Public | CASE NUMBER: |
| SERVICE TYPE: Warrant | CR 23-0326-S*`AKB`* |
| (Summons/ Warrant/ Notice) | |
| ISSUE: Yes | County of Offense: Ada |
| INTERPRETER: No | |
| If YES, language: | |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

Felony: **Yes**    Class A Misdemeanor: **No**
Class B or C Misdemeanor: **No**
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 1343 and 2(a) | TWO THROUGH SIX | Wire Fraud | Up to 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 15 U.S.C. § 1 | SEVEN | Conspiracy in Restraint of Trade: Bid Rigging and Territorial Allocation | Up to 10 years imprisonment, 3 years supervised release, $1,000,000 fine, $100 Special Assessment |
| 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) | FORFEITURE | Fraud Forfeiture | Forfeiture of listed property |

Date: 12 December 2023

Assistant U.S. Attorney: SEAN M. MAZOROL  *SMM*
Trial Attorney: MATTHEW CHOU  *MC*
Telephone No.: (208) 334-1211/(415) 934-5300

**U.S. COURTS**

DEC 12 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO